LAW OFFICES

# MEYERS, RODBELL & ROSENBAUM, P.A.

| | | |
|---|---|---|
| WILLIAM V. MEYERS* | FREDERICK STICHNOTH* | |
| ROBERT H ROSENBAUM* | NANCY I. KNAPP | |
| RUSSELL E. WARFEL | GINA MARIE SMITH* | |
| LINDA C. CARTER | M. EVAN MEYERS* | |
| JOSEPH B. CHAZEN | DOUGLAS C. MEISTER+ | |
| MICHELE LA ROCCA* | DAVID J. MARTIN* | |
| PAUL A. TURKHEIMER* | MICHAEL R. ACKER◊ | |
| DAVID A. CARTER* | | |

\* Also Admitted in D.C.
+ Also Admitted in Virginia
◊ Also Admitted in Pennsylvania

PAUL B. RODBELL
(1947-2001)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 21  A 10: 39

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

*Please respond to the Annapolis Address*

95 CATHEDRAL STREET, SUITE 100
ANNAPOLIS, MARYLAND 21401
(410) 267-6670    FAX (410) 267-8222
EMAIL: dcarter@mrrlaw2.net
nknapp@mrrlaw2.net

6801 KENILWORTH AVENUE, SUITE 400
RIVERDALE, MARYLAND 20737-1385
(301) 699-5800    FAX (301) 779-5746
EMAIL: admin@mrrlaw.net

December 18, 2001

The Honorable J. Frederick Motz
Judge
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, Room 510
Baltimore, MD 21201

Re:   Leslie A. Handler v. Metropolitan Life Insurance Company
      Case No.: JFM01CV0161

Dear Judge Motz:

I am writing to update you on the status of this matter. Mr. Bekman and I have spoken and, based upon the nature of this case, we are in agreement that it makes sense to try to dispose of the case, or narrow the issues, before propounding any further discovery. Accordingly, MetLife intends to file a Motion for Summary Judgment within the fairly near future and, in any event, on or before February 1, 2002. In the event that either of the parties believes that any further discovery is required, we would propose to advise the Court shortly thereafter.

If the Court requires any further information, please do not hesitate to contact me.

Very truly yours,

David A. Carter

DAC/mlg
cc:   Paul D. Bekman, Esquire