UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESLIE HANDLER | * |
| Plaintiff | * |
| v. | *   Civil Action No. JFM 01-CV-0161 |
| METROPOLITAN LIFE INSURANCE COMPANY, erroneously sued as FEDERAL EMPLOYEES' GROUP LIFE INSURANCE | * * * |
| Defendant | * |

\*       \*       \*       \*       \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time for Plaintiff to Respond to Defendant's Motion for Summary Judgment;

it is this _14_ day of _February_, 2002;

ORDERED that Plaintiff's time for filing her Memorandum in Response to Defendant's Motion for Summary Judgment is extended until March 4, 2002.

_____
JUDGE