# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

LESLIE A. HANDLER                          *

    Plaintiff                          *

v.                                          *

                                   CIVIL ACTION NO.: JFM01CV0161

METROPOLITAN LIFE INSURANCE                 *
COMPANY, erroneously sued as
FEDERAL EMPLOYEES' GROUP                    *
LIFE INSURANCE
                                            *
    Defendant
*      *      *      *      *      *      *      *      *      *      *

## ORDER

    Upon consideration of the Consent Motion for Extension of Time for Defendant to

Respond to Plaintiff's Opposition to Motion for Summary Judgment; it is this _14_ day of

_March_, 2002;

    ORDERED that Defendant's time for filing its Memorandum in Response to Plaintiff's

Opposition to Defendant's Motion for Summary Judgment be and hereby is extended until April

8, 2002.

                                        _____
                                      Judge

Copies to:

Paul D. Bekman, Esquire
David A. Carter, Esquire

