IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESLIE A. HANDLER | * |
| v. | * Civil No. JFM-01-161 |
| METROPOLITAN LIFE INSURANCE COMPANY | * |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of April 2002

ORDERED

1. Defendants' motion for summary judgment is granted; and

2. Judgment is entered in favor of Defendant as to Plaintiff's claim and Defendant's counter-claim.

J. Frederick Motz
United States District Judge